THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI LENT,<br><br>                      Plaintiff,<br>vs.<br><br>ARAMARK SPORTS & ENTERTAINMENT SERVICES LLC, et al.,<br><br>                      Defendants. | NO. C09-05230 KLS<br><br>STIPULATION AND ORDER EXTENDING THE DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS |

The parties hereby stipulate, by and through their counsel of record, for entry of an order modifying the timing of the deadline for the parties to complete discovery. Currently, the discovery deadline is February 8, 2010. The parties agree that the discovery deadline should be changed to March 1, 2010 in order to complete the depositions of Shari Kelley, Tammy Stach, Michael Rosati and Bob Gile.

Dated this 4th day of February 2010.

GORDON THOMAS HONEYWELL LLP

By: /s/ Victor J. Torres
    Victor J. Torres, WSBA No. 38781
    Attorneys for Plaintiff

WILSON SMITH COCHRAN DICKERSON

By: /s/ Gary A. Western
    Gary A. Western, WSBA No. 12878
    Attorneys for SKE

WILLIAMS, KASTNER & GIBBS PLLC

By: /s/ Megan L. Pedersen
    Megan L. Pedersen, WSBA No. 34489
    Attorneys for Aramark

PLF'S RESP TO MSJ - 1
(C09-05230 KLS)
[Lent - Stip & Order to Extend Discovery Deadline]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP.
1201 PACIFIC AVENUE, SUITE 2200
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## ORDER

The Court, having reviewed the Stipulation set forth above, and finding that modification of the discovery deadline is warranted pursuant to the Court's authority and discretion to manage discovery, hereby

ORDERS that the discovery deadline shall be extended to March 1, 2010 in order to complete depositions of Shari Kelley, Tammy Stach, Michael Rosati and Bob Gile.

DONE this 5th day of February, 2010.

_____
Karen L. Strombom
United States Magistrate Judge

Presented by:

GORDON THOMAS HONEYWELL LLP

By: /s/ Victor J. Torres
    Victor J. Torres, WSBA No. 38781
    Attorneys for Plaintiff

WILSON SMITH COCHRAN DICKERSON

By: /s/ Gary A. Western
    Gary A. Western, WSBA No. 12878
    Attorneys for SKE

WILLIAMS, KASTNER & GIBBS PLLC

By: /s/ Megan L. Pedersen
    Megan L. Pedersen, WSBA No. 34489
    Attorneys for Aramark

PLF'S RESP TO MSJ - 2
(C09-05230 KLS)
[Lent - Stip & Order to Extend Discovery Deadline]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP.
1201 PACIFIC AVENUE, SUITE 2200
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

**Counsel for Defendant Aramark Sports & Entertainment Services LLC**:
Megan L. Pedersen
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
(206) 628-6600
mpedersen@williamskastner.com

**Counsel for Defendant Shari Kelley Events**:
Gary A. Western
WILSON SMITH COCHRAN DICKERSON PS
1700 Financial Center, 1215 4th Avenue
Seattle, WA 98161
(206) 623-4100
western@wscd.com

DATED this 5 day of February, 2010.

/s/ Victor J. Torres, WSBA No. 38781
Victor J. Torres, WSBA No. 38781
Attorneys for Plaintiff
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
P.O. Box 1157
Tacoma, WA 98401-1157
Telephone: 253-620-6500
Facsimile: 253-620-6565
E-Mail: Vtorres@gth-law.com

PLF'S RESP TO MSJ - 3
(C09-05230 KLS)
[Lent - Stip & Order to Extend Discovery Deadline]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP.
1201 PACIFIC AVENUE, SUITE 2200
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565