The Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HEIDI LENT, <br><br> Plaintiff, <br> v. <br><br> ARAMARK SPORTS & ENTERTAINMENT SERVICES LLC a Delaware corporation; and SHARI KELLEY d/b/a SHARI KELLEY EVENTS, a California sole proprietorship, <br><br> Defendants. | NO. 09-CV-5230 KLS <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

COMES NOW plaintiff Heidi Lent, through her undersigned counsel of record, pursuant to FRCP 41(a)(1)(A)(ii), and hereby stipulates that all claims against defendant Aramark Sports & Entertainment Services, LLC may be dismissed with prejudice and without costs to any party.

DATED this 8th day of June, 2010.

s/Victor J. Torres
Victor J. Torres, WSBA #38781
Attorneys for Plaintiff
GORDON, THOMAS, HONEYWELL LLP
1201 Pacific Ave Ste 2100
Tacoma, WA 98402-4314
Telephone: (253) 620-6495
Fax: (253) 620-6565
Email: vtorres@gth-law.com

s/Megan L. Pedersen
Megan L. Pedersen, WSBA #34489
Jessie L. Harris, WSBA #29399
Attorneys for Defendants Defendant Aramark Sports & Entertainment Services, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: mpedersen@williamskastner.com
Email: jharris@williamskastner.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(09-CV-5230 KLS)
2835150.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

II. ORDER

THIS MATTER having come before the Court upon the foregoing Stipulation of the parties and the Court finding good cause, now, therefore, it is hereby

ORDERED that all claims against defendant Aramark Sports & Entertainment Services, LLC shall be dismissed with prejudice and without costs to any party.

The Clerk of the Court is instructed to forward copies of the Order to all counsel of record.

DATED this 8th day of June, 2010.

Karen L. Strombom
Chief United States Magistrate Judge

PRESENTED BY

s/Megan L. Pedersen
Megan L. Pedersen, WSBA #34489
Jessie L. Harris, WSBA #29399
Attorneys for Defendants Defendant Aramark Sports & Entertainment Services, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email: mpedersen@williamskastner.com
Email: jharris@williamskastner.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
(09-CV-5230 KLS)
2835150.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

Gary A. Western, WSBA #12878
*Attorneys for Defendant Shari Kelley d/b/a Shari Kelley Events*
Wilson Smith Cochran Dickerson
1215 4th Ave Ste 1700
Seattle, WA  98161-1010
Telephone:  (206) 623-4100
Facsimile:  (206) 623-9273
E-mail:  western@wscd.com

Victor J. Torres, WSBA #38781
*Attorneys for Plaintiff*
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
1201 Pacific Avenue, Suite 2100
P. O. Box 1157
Tacoma, Washington  98401-1157
Telephone:  (253) 620-6495
Facsimile:  (253) 620-6565
E-mail:  vtorres@gth-law.com

DATED this 8th day of June, 2010.

s/Megan L. Pedersen
Megan L. Pedersen, WSBA #34489
Attorneys for Defendant Aramark Sports & Entertainment Services, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:    206.628.6600
Facsimile:    206.628.6611
Email: mpedersen@williamskastner.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
(09-CV-5230 KLS)
2835150.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600